# Order

Michigan Supreme Court
Lansing, Michigan

February 10, 2017

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154968(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RALPH CARROLL WOODARD,
      Defendant-Appellant.

SC: 154968
COA: 334739
Jackson CC: 82-028811-FH

_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on February 6, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2017



Clerk